**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KYREE LUIS PEREZ,

    Plaintiff,

v.                                                  CASE NO. 5:16-cv-00306-MP-GRJ

JOHN DOE, JOHN DOE,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 16, 2016. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Clerk is directed to enter judgment stating that this case is DISMISSED for abuse of the judicial process and for failure to exhaust administrative remedies.

**DONE AND ORDERED** this _27th_ day of December, 2016

                                                      *s/Maurice M. Paul*
                                                      Maurice M. Paul, Senior District Judge